IMBLUM LAW OFFICES, P.C.

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

4615 DERRY STREET
HARRISBURG, PA 17111

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

November 22, 2016

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Juston & Holly Sidesinger
Chapter 13 Bankruptcy Case No. 1-12-04590 MDF

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The new address is:

APPLIED BANK
PO BOX 17125
WILMINGTON DE 19850-7125

The Creditor's previous address was as follows:

APPLIED BANK
PO BOX 15809
WILMINGTON DE 19850-5809

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm