**IMBLUM LAW OFFICES, P.C.**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

4615 DERRY STREET
HARRISBURG, PA 17111

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

December 1, 2016

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Juston & Holly Sidesinger
Chapter 13 Bankruptcy Case No. 1-12-04590 MDF

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

COMMERCIAL ACCEPTANCE CO
2300 GETTYSBURG RD #102
CAMP HILL PA 17011-7303

The Creditor's <u>previous</u> address was as follows:

COMMERCIAL ACCEPTANCE CO
2 W MAIN STREET
CAMP HILL PA 17011-6326

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm