```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 12-04590-RNO
Juston Broc Sidesinger                                        Chapter 13
Holly R. Sidesinger
         Debtors                CERTIFICATE OF NOTICE
District/off: 0314-1         User: DDunbar              Page 1 of 1          Date Rcvd: Oct 05, 2017
                             Form ID: pdf010            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
db/jdb         +Juston Broc Sidesinger,    Holly R. Sidesinger,    69 W. Pennsylvania Avenue,
                 Dallastown, PA 17313-1111
4192250        +YORK COUNTY TAX CLAIM BUREAU,    ADMINISTRATIVE CENTER,    28 EAST MARKET STREET ROOM 110,
                 YORK, PA 17401-1587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Joint Debtor Holly R. Sidesinger gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor Juston Broc Sidesinger gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor   Bank of America, N.A., et al bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor   Bank of America, N.A., et al tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JUSTON BROC SIDESINGER | : | CASE NO. 1-12-04590-RNO |
| HOLLY R. SIDESINGER | : | |
|     Debtors | : | CHAPTER 13 |
| | : | |
| JUSTON BROC SIDESINBER | : | |
| HOLLY R. SIDESINGER | : | |
|     Objectants | : | |
| | : | |
|     vs. | : | |
| | : | |
| YORK COUNTY TAX CLAIM BUREAU | : | |
|     Claimant | : | |

## ORDER

Upon consideration of Debtors' Objection to Proof of Claim No. 19 of the York County Tax Claim Bureau, after hearing held on October 4, 2017, it is

**ORDERED** that the Debtors' Objection is SUSTAINED and Claim No. 19 of York County Tax Claim Bureau is DISALLOWED for any taxes owed for 2013 through 2016 and the secured claim is reduced to the amount of taxes accrued from 2009 through 2012 which total $798.72.

The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: October 4, 2017