IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JUSTON BROC SIDESINGER | : | CASE NO. 1-12-04590-RNO |
| HOLLY R. SIDESINGER | : | |
| Debtors | : | CHAPTER 13 |

## ORDER OF COURT
## PERMITTING APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTORS FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the Application of Attorney for Chapter 13 Debtors for Final Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtors in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $2,164.75 for fees and $122.05 for costs, for a net amount due of $2,286.80 for the time period of October 27, 2016 through November 10, 2017.